# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT E. JACOBSEN | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | 4:10cv611 |
| BANK OF AMERICA | § | |
| CORPORATION, PKA | § | |
| COUNTRYWIDE FINANCIAL | § | |
| CORPORATION, ET. AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 9, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Refer this Lawsuit to the Bankruptcy Court or, in the Alternative, Motion to Dismiss (Dkt. 52) be GRANTED in part and that this case be referred to The Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, for all further proceedings in this matter in accordance with 28 U.S.C. § 157(a) and the pertinent general orders in this District.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants' Motion to Refer this Lawsuit to the Bankruptcy Court or, in the Alternative, Motion to Dismiss (Dkt. 52) is GRANTED in part and this case shall be referred to The

Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, for all further proceedings in this matter in accordance with 28 U.S.C. § 157(a) and the pertinent general orders in this District

  **IT IS SO ORDERED.**

  **SIGNED this the 30th day of August, 2011.**

             */s/ Richard A. Schell*
             RICHARD A. SCHELL
             UNITED STATES DISTRICT JUDGE